# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AGENDIA, INC.,**

      **Plaintiff,**

**v.**                                                                **Case No:   6:14-cv-786-Orl-31GJK**

**BRIAN R. BROTHEN,**

      **Defendant.**

## ORDER

This matter comes before the Court on the Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) filed by the Plaintiff, Agendia, Inc. ("Agendia"). From the record, it appears that the Defendant, Brian Brothen ("Brothen"), has not received notice as to the motion. Pursuant to Fed.R.Civ.P. 65(b)(1), a court may issue a temporary restraining order without notice only if

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and
>
> (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

In the instant case, facts set forth in the verified complaint do not suggest that Agendia will suffer any additional injury in the next few weeks. Moreover, there is no certification as to efforts to give notice and reasons why it should not be required, as required by the Rule. Accordingly, it is hereby

**ORDERED** that the motion is **DENIED** insofar as it seeks entry of a temporary restraining order. And it is further

**ORDERED** that the Plaintiff shall immediately accomplish service upon the Defendant, such service to include the provision of a copy of this order. The Defendant shall have until June 2, 2014 to file a response to the instant motion. The Court will hold a hearing on the motion on June 11, 2014.[1]

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 21, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] A separate notice of hearing will be provided.